QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737
  claudestern@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone: (650) 801-5000
Facsimile: (650) 801-5100

  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  Vincent M. Pollmeier (Bar No. 210684)
  vincentpollmeier@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

Attorneys for Defendant
ELECTRONIC ARTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELISSA THOMAS, an individual, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC ARTS, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. C 08 04421 RMW<br><br>**STIPULATED ADMINISTRATIVE MOTION TO CONSIDER WHETHER CASES SHOULD BE RELATED** |

51464/2677034.1

Case No. C 08 04421 RMW
STIPULATED ADMIN. MOTION TO FIND CASES RELATED

1          Pursuant to Civil Local Rule 3-12(b) and 7-11, defendant Electronic Arts, Inc.
2   respectfully requests the Court to consider whether the following cases in which Electronic Arts,
3   Inc. is named as the defendant are related to the present case:
4          (1) Case No. C 08 04629 filed by Brandon Gardner, an individual on behalf of
5   himself and all other similarly situated, on October 6, 2008 in this Court, currently assigned to
6   Magistrate Judge Richard Seeborg ; and
7          (2) Case No. C 08 4733 filed by Richard Eldridge, an individual on behalf of
8   himself and all other similarly situated, on October 14, 2008 in this Court, currently assigned to
9   Magistrate Judge Bernard Zimmerman.
10         EA believes that each of these action should be declared related to this action, Civil
11  Action No. 08-4421 on the bases of Civil Local Rule 3-12(a).  Civil Local Rule 3-12(a) states that
12  an action is related to another when:
13         (1)  the actions concern substantially the same parties, property, transaction or
14  event; and
15         (2)  It appears likely that there will be an unduly burdensome duplication of labor
16  and expense or conflicting results if the cases are conducted before different Judges.
17         Each of the identified actions concerns the same defendant, Electronic Arts, Inc.
18  Each of the actions alleges harm to the plaintiffs from EA's use of the same Digital Rights
19  Management software, known as SecuROM, in EA's video games.  Each of the actions asserts
20  causes of action under the California Civil Code § 1750, California Business & Professions Code
21  § 17200, and for Trespass to Chattels, Nuisance, and Interference with Property.  Each of the
22  actions purports to be a class action with asserted class definitions which will result in
23  significantly or completely overlapping classes between the three actions.
24         Based on the overwhelming similarity and overlap between the factual allegations
25  in the Complaints, the common asserted causes of action, the overlapping nature of the asserted
26  classes, and the common defendant, it appears likely that there will be an unduly burdensome
27  duplication of labor and expense or conflicting results if these cases are conducted before different
28  Judges.

Counsel for Gardner. Thomas, and Eldridge stipulate to this motion.

For the foregoing reasons, Electronic Arts requests that the Court issue an order designating Cases Nos. C 08 04629 and C 08 04733, related to Case No. C 08 4421.

DATED:  November 14, 2008      Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By  /s/ Vincent M. Pollmeier
   Vincent M. Pollmeier
   Attorneys for Defendant
   ELECTRONIC ARTS, INC.

DATED:  November 14, 2008      KAMBEREDELSON LLC

By  /s/ Alan Himmelfarb
   Alan Himmelfarb
   Attorneys for Plaintiff

I, Vincent M. Pollmeier, am the ECF user whose identification and password are being used to file this stipulation.  In compliance with General Order 45.X.B, I hereby attest that the other signatory has concurred in this filing.

DATED:  November 14, 2008

Respectfully submitted,

QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

By /s/ Vincent M. Pollmeier
    Vincent M. Pollmeier
    Attorneys for Defendant
    ELECTRONIC ARTS, INC.