QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP
  Claude M. Stern (Bar No. 96737)
  claudestern@quinnemanuel.com
555 Twin Dolphin Drive, Suite 560
Redwood Shores, California 94065
Telephone:    (650) 801-5000
Facsimile:    (650) 801-5100

  Shon Morgan (Bar No. 187736)
  shonmorgan@quinnemanuel.com
  Vincent M. Pollmeier (Bar No. 210684)
  vincentpollmeier@quinnemanuel.com
865 South Figueroa Street, 10th Floor
Los Angeles, California 90017-2543

Attorneys for Defendant
ELECTRONIC ARTS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELISSA THOMAS, an individual, on behalf of herself and all others similarly situated<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC ARTS, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. C 08 04421 RMW<br><br>**STIPULATED ADMINISTRATIVE MOTION TO TRANSFER CASE BETWEEN DIVISIONS OF THE DISTRICT COURT** |

Pursuant to Civil Local Rule 3-2(c), (d), and (f), defendant Electronic Arts, Inc. respectfully moves that the Court transfer the present case to the San Francisco or Oakland Division of the United States District Court for the Northern District of California. The assignment of this action to the San Jose Division is incorrect pursuant to Civil Local Rule 3-2(c) and (d) in that this action arises in San Mateo County and is not an Intellectual Property Action, Securities Class Action, or Capital and Noncapital Prisoner Petition or Prisoner Civil Rights Action. Civil Local Rule 3-2(d) states that an action that arises in San Mateo County should be assigned to the San Francisco or Oakland Divisions of the Court. Moreover, Civil Local Rule 3-2(c) states that: "A civil action arises in the county to in which a substantial part of the events or property that is the subject of the action is situated."

Civil Local Rule 3-2(f) states:

> Whenever a Judge finds, upon the Judge's own motion or the motion of any party, that a civil action has not been assigned to the proper division within this district in accordance with this rule, or that the convenience of parties and witnesses and the interests of justice will be served by transferring the action to a different division within the district, the Judge may order such transfer, subject to the provisions of the Court's Assignment Plan.

This suit is brought by Melissa Thomas, a citizen and resident of Maryland, on behalf of a purported global class of persons that purchased as an end-user the Electronic Arts videogame, SPORE, and alleges that Electronic Arts, Inc. violates California Civil Code § 1750 et seq., California Business & Professions Code § 17200 et seq., and is guilty of Trespass to Chattels, Nuisance and Interference with Use of Property through its use of the Digital Rights Management (DRM) software known as SecurROM in Electronic Arts' videogame, SPORE. Electronic Arts is a worldwide manufacturer of videogames, whose headquarters and primary place of business is located at 209 Redwood Shores Parkway, Redwood City, California. Redwood City is located in, and is the county seat of, San Mateo County, California. Because Electronic Arts, its management and facilities are located in San Mateo County, this action arises in San Mateo County and is more

51464/2688242.1

-2-   Case No. C 08 04421 RMW
MTN TO TRANSFER CASE BETWEEN DIVISIONS.

1  properly assigned to the San Francisco or Oakland Division than to the San Jose Division of this
2  Court.
3        Plaintiff Thomas stipulates to this motion.
4      For the foregoing reasons, Electronic Arts requests that this case be re-assigned to the San
5  Francisco or Oakland Division.

7  DATED: November 14, 2008         Respectfully submitted,

                                        QUINN EMANUEL URQUHART OLIVER & HEDGES, LLP

                                        By /s/ Vincent M. Pollmeier
                                            Vincent M. Pollmeier
                                            Attorneys for Defendant
                                            ELECTRONIC ARTS, INC.

13  DATED: November 14, 2008         KAMBEREDELSON LLC

                                        By /s/ Alan Himmelfarb
                                            Alan Himmelfarb
                                            Attorneys for Plaintiff

1   I, Vincent M. Pollmeier, am the ECF user whose identification and password are being
2   used to file this stipulation.  In compliance with General Order 45.X.B, I hereby attest that the
3   other signatory has concurred in this filing.

5   DATED:  November 14, 2008          Respectfully submitted,

6                                      QUINN EMANUEL URQUHART OLIVER &
                                       HEDGES, LLP

8                                       By  /s/ Vincent M. Pollmeier
9                                           Vincent M. Pollmeier
                                            Attorneys for Defendant
10                                          ELECTRONIC ARTS, INC.

51464/2688242.1

-4-   Case No. C 08 04421 RMW
MTN TO TRANSFER CASE BETWEEN DIVISIONS.