UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| MELISSA THOMAS, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>vs.<br><br>ELECTRONIC ARTS, INC., a Delaware corporation,<br><br>Defendant. | CASE NO. C 08 04421 RMW<br><br>**[PROPOSED] STIPULATED ORDER TO TRANSFER CASE BETWEEN DIVISIONS** |

1    Whereas, defendant Electronic Arts, Inc. has shown that the present case, *Thomas v.*
2  *Electronic Arts, Inc.*, Case No. C08-4421 PVT arises in San Mateo County and was, pursuant to
3  Civil Local Rule 3-2(c) and (d), not properly assigned to the San Jose Division, and
4    Whereas plaintiff stipulates to this motion:
5    The Court grants, pursuant to Civil Local Rule 3-2(f), Electronic Arts, Inc.'s Motion to
6  Transfer Case to the San Francisco Division.

8    PURSUANT TO STIPULATION, IT IS SO ORDERED.

11 DATED: _____            _____
12                                                                  Judge

quinn emanuel

51464/2688635.1

-2-    Case No. C 08 04421 PVT
[PROPOSED] ORDER TO TRANSFER CASE TO SF DIVISION