Alan Himmelfarb
KamberEdelson, LLC
2757 Leonis Blvd.
Vernon, California 90058-2304
Telephone: (323) 585-8696
ahimmelfarb@kamberedelson.com

Scott A. Kamber
KamberEdelson, LLC
11 Broadway, 22nd Floor.
New York, NY. 10004
Telephone: (212) 920-3072
Fax: (212) 202-6364
skamber@kamberedelson.com

Attorneys for Plaintiff Melissa Thomas

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| Melissa Thomas, an individual, on behalf of herself and all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>Electronic Arts, Inc., a Delaware corporation, and DOES 1-75<br><br>Defendants. | CASE No. C 08 04421 RMW<br><br>**NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(i)** |

  Pursuant to Fed.R.Civ.P. 41(a)(1)(i), Plaintiffs hereby dismiss the above-captioned case without prejudice.

  DATED this 18th day of November, 2008.


            _____/s/_____
            By:   Alan Himmelfarb

1  Alan Himmelfarb
   KamberEdelson, LLC
2  2757 Leonis Blvd
3  Vernon, California 90058-2304
   Telephone: (323) 585-8696
4  ahimmelfarb@kamberedelson.com

5  Scott A. Kamber
   KamberEdelson, LLC
6  11 Broadway, 22nd Floor.
   New York, NY. 10004
7  Telephone: (212) 920-3072
   Fax: (212) 202-6364
8  skamber@kamberedelson.com

9  Oren Giskan
   Giskan & Solotaroff
10 11 Broadway, Suite 2150
11 New York, New York 10004
   Telephone: (212) 847-8315

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28