UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
*Civil Minute Order*

Time in Court:   5h30m

**MAGISTRATE JUDGE RICHARD SEEBORG**

ERO/CRT REPRTR:   NOT REPORTED
COURTROOM DEPUTY: MARTHA PARKER BROWN

DATE: 3/20/09
CASE #: C 08-04733/4917/5373RMW

CASE TITLE:   ELDRIDGE/CORTEZ/MEQUOWN   VS.   ELECTRONIC ARTS

**Appearances for Plaintiff(s)**

ALAN HIMMELFARB, SCOTT A. KAMBER

DYLAN HUGHES, ERIC H. GIBBS

**Appearances for Defendant(s)**

SHON MORGAN

CLAUDE M STERN

**TODAY'S PROCEEDINGS**

{X}SETTLEMENT CONF.    { } PRETRIAL CONF.        { } MOTIONS LISTED BELOW:

| Pltf. | Deft. | Cross Mot. | |
|---|---|---|---|
| { } | { } | { } | 1. |
| { } | { } | { } | 2. |
| { } | { } | { } | 3. |
| { } | { } | { } | 4. |

***DISPOSITION of TODAY'S PROCEEDINGS***

**[  ] SETTLED       [  ] NOT SETTLED    [X] SETTLEMENT DISCUSSIONS ONGOING**

**MOTION DISPOSITION SHOWN BELOW:**

[   ] GRANTED            [   ] DENIED            [   ] SUBMITTED            [   ] DENIED/GRANTED in part

***[  ] BRIEFS TO BE FILED AS FOLLOWS:***

{   } Cont'd to                   @                    For

**ORDER TO BE PREPARED BY:**        [  ]PLTF;        [  ]DEFT;        [  ]COURT
Additional Comments: